1 | SPENCER F. SMITH, BAR NO. 236587
DOW W. PATTEN, BAR NO. 135931
2 | The Law Offices of Spencer F. Smith
353 Sacramento St., Ste. 1120
3 | San Francisco, CA 94111
Telephone:  (415) 520-6950
4 | Fax:  (415) 520-0104

5 | Attorneys for Plaintiff
James Judkins
6 |

7 | RONALD F. GARRITY, BAR NO. 110488
SARAH E. LUCAS, BAR NO. 148713
8 | SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
9 | 601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
10 | Telephone:  (650) 615-4860
Fax:  (650) 615-4861
11 | rgarrity@sgijlaw.com
slucas@sgijlaw.com
12 |
Attorneys for Defendant
13 | GeoVera Holdings, Inc.

14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JUDKINS, an individual,                    )  Case No. C 11-05415 MEJ
                                                 )
                    Plaintiff,                   )  **STIPULATION TO TRANSFER**
                                                 )  **ACTION TO EASTERN DISTRICT OF**
          v.                                     )  **CALIFORNIA AND ORDER**
                                                 )  **THEREON**
GEOVERA HOLDINGS, INC., a Delaware               )
Corporation, and DOES 1-20,                      )
                                                 )
                    Defendants.                  )
                                                 )
_____         )

STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON

1

2      WHEREAS, Plaintiff James Judkins ("Plaintiff") filed this action in the United States

3   District Court for the Northern District of the State of California;

4      WHEREAS, Defendant Geovera Holdings, Inc. ("Defendant") maintains its principal place

5   of business in Solano, County, California and the events giving rise to this action occurred there;

6

7   and

8      WHEREAS, Plaintiff and Defendant agree that the proper venue for this matter is in the

9   United States District Court for the Eastern District of California (Sacramento Division);

10

11     IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their

12   respective counsel of record, that this action shall be transferred to the United States District Court

13   for the Eastern District of California;

14

15     IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendant, through their

16   respective counsel of record, that Defendant's time to respond to the Complaint herein shall be

17   extended until twenty (20) days after notice that transfer of this action to the United States District

18   Court for the Eastern District of California is complete.

19

20

21   Date: December 9, 2011

22                                             LAW OFFICES OF SPENCER F. SMITH

23                                             By:     /s/ Dow W. Patten
                                                       SPENCER F. SMITH
24                                                     DOW W. PATTEN
                                                       Attorneys for Plaintiff James Judkins
25

26

27

28

Date: December 9, 2011

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By:     /s/ Sarah E. Lucas
        RONALD F. GARRITY
        SARAH E. LUCAS
        Attorneys for Defendant GeoVera Holdings, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

{CLIENT FILES/31167/5/00184969.DOC}                                                                         - 3 -

STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON

ORDER

The parties having stipulated to the transfer of this action to the United States District Court for the Eastern District of California;

IT IS HEREBY ORDERED that this action shall be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS FURTHER ORDERED that the time for Defendant to respond to the Complaint herein shall be extended until twenty (20) days until notice that transfer of this action to the United States District Court for the Eastern District of California is complete.

Dated: 12/13/11

Maria Elena James
Magistrate Judge of the District Court

{CLIENT FILES/31167/5/00184969.DOC}                                                                    - 4 -

STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON