1  SPENCER F. SMITH, BAR NO. 236587
   DOW W. PATTEN, BAR NO. 135931
2  The Law Offices of Spencer F. Smith
   353 Sacramento St., Ste. 1120
3  San Francisco, CA 94111
   Telephone: (415) 520-6950
4  Fax: (415) 520-0104

5  Attorneys for Plaintiff
   James Judkins
6

7  RONALD F. GARRITY, BAR NO. 110488
   SARAH E. LUCAS, BAR NO. 148713
8  SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
9  601 Gateway Boulevard, Suite 950
   South San Francisco, CA 94080
10 Telephone: (650) 615-4860
   Fax: (650) 615-4861
11 rgarrity@sgijlaw.com
   slucas@sgijlaw.com
12
   Attorneys for Defendant
13 GeoVera Holdings, Inc.

14
                  UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16

17
   JAMES JUDKINS, an individual,              ) Case No. C 11-05415 MEJ
18                                            )
                          Plaintiff,          ) **STIPULATION TO TRANSFER**
19                                            ) **ACTION TO EASTERN DISTRICT OF**
                   v.                         ) **CALIFORNIA AND ORDER**
20                                            ) **THEREON**
   GEOVERA HOLDINGS, INC., a Delaware         )
21 Corporation, and DOES 1-20,                )
                                              )
22                        Defendants.         )
                                              )
23 _____   )

24

25

26

27

28
   {CLIENT FILES/31167/5/00184969.DOC}                                      - 1 -
   STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON

1

2      WHEREAS, Plaintiff James Judkins ("Plaintiff") filed this action in the United States

3    District Court for the Northern District of the State of California;

4      WHEREAS, Defendant Geovera Holdings, Inc. ("Defendant") maintains its principal place

5    of business in Solano, County, California and the events giving rise to this action occurred there;

6
     and
7

8      WHEREAS, Plaintiff and Defendant agree that the proper venue for this matter is in the

9    United States District Court for the Eastern District of California (Sacramento Division);

10

11     IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their

12   respective counsel of record, that this action shall be transferred to the United States District Court

13   for the Eastern District of California;

14

15     IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendant, through their

16   respective counsel of record, that Defendant's time to respond to the Complaint herein shall be

17   extended  until twenty (20) days after notice that transfer of this action to the United States District

18   Court for the Eastern District of California is complete.

19

20

21   Date: December 9, 2011

22                                          LAW OFFICES OF SPENCER F. SMITH

23
                                     By:     /s/ Dow W. Patten
24                                           SPENCER F. SMITH
                                             DOW W. PATTEN
25                                           Attorneys for Plaintiff James Judkins

26

27

28
     {CLIENT FILES/31167/5/00184969.DOC}                                                          - 2 -
     STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON

Date: December 9, 2011

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By:   /s/ Sarah E. Lucas
      RONALD F. GARRITY
      SARAH E. LUCAS
      Attorneys for Defendant GeoVera Holdings,
      Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORDER

The parties having stipulated to the transfer of this action to the United States District Court for the Eastern District of California;

IT IS HEREBY ORDERED that this action shall be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS FURTHER ORDERED that the time for Defendant to respond to the Complaint herein shall be extended until twenty (20) days until notice that transfer of this action to the United States District Court for the Eastern District of California is complete.

Dated: _____

Maria Elena James
Magistrate Judge of the District Court